United States District Court
for the
Southern District of Florida

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk.
U.S. District Court
Southern District of Florida
By Patrick Edwards
Deputy Clerk
Date 6/27/19

Sharon Weinstock, et al., )
Plaintiffs, )
)
v. )   Civil Action No. 17-23272-Civ-Scola
)
Islamic Republic of Iran and )
Hamas-Islamic Resistance )
Movement, Defendants. )

### Judgment

For the reasons set forth in the Final Default Judgment entered on May 6, 2019 (ECF No. 55), it is hereby **ORDERED and ADJUDGED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Hamas – Islamic Resistance Movement ("Hamas").

The Court hereby enters judgment against Hamas in the amounts specified below, for a total compensatory damages award of $26,291,000, which is trebled pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a) for a total award of $78,873,000.  Specifically:

1. Sharon Weinstock is awarded $5,000,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $15,000,000 to Sharon Weinstock.
2. The Estate of Dov Weinstock is awarded $5,000,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $15,000,000 to the Estate of Dov Weinstock.
3. Moshe Weinstock is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Moshe Weinstock.
4. Geula Weinstock is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Geula Weinstock.
5. Aryeh Weinstock is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Aryeh Weinstock.
6. Chaim Mishael Weinstock is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18

U.S.C. §2333(a), for a total award of $7,500,000 to Chaim Mishael Weinstock.

7. The Estate of Rabbi Simon Dolgin is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to the Estate of Rabbi Simon Dolgin.

8. The Estate of Shirley Dolgin is awarded $2,500,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to the Estate of Shirley Dolgin.

9. The Estate of Yitzchak Weinstock is awarded $1,291,000 in compensatory damages. This amount is trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $3,873,000 to the Estate of Yitzchak Weinstock.

**Done and ordered** in chambers at Miami, Florida, on May 16, 2019.

Robert N. Scola, Jr.
United States District Judge